# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL LEON WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:22-CV-00430-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND DISCOVERY**<br><br>[ECF No. 37] |

Before the Court is Plaintiff Michael Leon Williams's ("Williams") motion to extend discovery deadlines. (ECF No. 37.) The scheduling order, (ECF No. 35), set the discovery cut-off date for May 22, 2024. For good cause appearing, **IT IS ORDERED** that Williams's motion to extend discovery, (ECF No. 37), is **GRANTED**.

The scheduling order is amended as follows:

| | |
|---|---|
| Discovery Deadline | July 5, 2024 |
| Dispositive Motion Deadline | August 5, 2024 |
| Joint Pretrial Order Deadline (or 30 days following the entry of the court's ruling on a dispositive motion) | September 4, 2024 |

**DATED**: May 24, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**