**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*
*Michael Leon Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEON WILLIAMS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA, *et al.*, <br><br> Defendants. <br><br> AND ALL RELATED CLAIMS. | CASE NO.:   3:22-cv-00430-CLB <br><br> **ORDER GRANTING STIPULATION TO EXTEND DEADLINES** <br><br> **(EIGHTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the parties and their undersigned attorneys that the deadline for Defendants' Opposition to Plaintiff's Motion in Limine (ECF No. 67), be continued to September 9, 2025; the Dispositive Motion cut-off date of September 17, 2025 be continued to September 24, 2025; and the Joint Pretrial Order deadline be extended to October 17, 2025, or thirty (30) days following the Court's ruling on any dispositive motion, whichever is later.

The parties met and conferred via email on September 2, 2025 and agreed on the following:

The current deadline for Defendants to file their response to Plaintiff's Motion in Limine (ECF No. 67) was September 2, 2025. The parties request an extension of seven (7) days, making the new deadline September 9, 2025.

The current deadline for Dispositive Motions is September 17, 2025. The parties request an extension of seven (7) days, making the new deadline September 24, 2025.

The current deadline for the Joint Pretrial Order ("JPTO") is October 17, 2025. The parties request an extension of seven (7) days, making the new deadline October 24, 2025.

## I. STATEMENT OF GOOD CAUSE AND EXCUSABLE NEGLECT

This stipulation is submitted pursuant to FRCP 6(b)(1)(B) and LR IA 6-1, on the grounds of excusable neglect and good cause. There is currently an ongoing statewide outage, which blocks the Attorney General's Office's VPN access. Therefore, Counsel for Defendant is unable to access case files and documents. Defendants' counsel has been unable to consistently work on any cases or obligations, including this one. The Court has been informed by General Counsel of the issue. Due to the outage, Defendants are unable to file their response to Plaintiff's Motion in Limine (ECF No. 67), on the deadline of September 2, 2025.

The parties agree that an extension will not prejudice either side, will not cause undue delay in the proceedings, and is made in good faith. The length of delay is minimal, and the parties are prepared to proceed diligently under the new deadlines.

This is the parties' eighth request to extend case deadlines. The parties submit that good cause exists for this request, as the extension will allow time to adequately prepare any response to ECF No. 67, dispositive motions, and the JPTO if no dispositive motions are filed.

Given these factors, the Parties respectfully request that the Court find the instant late Stipulation a result of excusable neglect and grant the extension on the following deadlines.

. . .

. . .

. . .

. . .

. . .

## V. PROPOSED EXTENDED DEADLINES

| | Current | Proposed |
|---|---|---|
| Deadline to file Response to Plaintiff's Motion in Limine (ECF No. 67) | 9/2/2025 | Tuesday, September 9, 2025 |
| Deadline to file Dispositive Motions | 9/17/2025 | Wednesday, September 24, 2025 |
| Deadline to file Joint Pretrial Order | 10/10/2025 | Friday, October 24, 2025, or thirty (30) days following the Court's ruling on any dispositive motion, whichever is later |

**IT IS SO STIPULATED AND AGREED.**

DATED this 3rd day of September, 2025.

**LAGOMARSINO LAW**

/s/ Taylor N. Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff*

DATED this 3rd day of September, 2025.

**ATTORNEY GENERAL**

/s/ Samuel L. Pezone
AARON FORD, Attorney General
SAMUEL L. PEZONE JR. (#15978)
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Telephone: (702) 486-4070
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that the parties' Stipulation to Extend the Deadline to File Defendants' Response to Plaintiffs' Motion in Limine, File Dispositive Motions, and File Joint Pretrial Order (Eighth Request) is GRANTED.

The deadline for filing a Response to Plaintiff's Motion in Limine is extended to Tuesday, September 9, 2025.

The deadline for filing Dispositive Motions is extended to September 24, 2025.

The deadline for filing the Joint Pretrial Order is extended to October 24, 2025, or thirty (30) days following the Court's ruling on any dispositive motion, whichever is later.

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: September 3, 2025