AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*
*John Keast and Melissa Mitchell*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| MICHAEL LEON WILLIAMS, | Case No. 3:22-cv-00430-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND THE TIME TO FILE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE (ECF NO. 67) (THIRD REQUEST)** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Plaintiff, Michael Leon Williams, by and through counsel, Andre M. Lagomarsino, and Taylor M. Jorgensen, of Lagomarsino Law, and Defendants, John Keast and Melissa Mitchell, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree to extend the time to file Defendants' Response to Plaintiffs' Motion in Limine (ECF No. 67). This is the parties' third request for an extension of this deadline. There is good cause and excusable neglect for this Court to grant an extension. LR 26-3.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. LEGAL STANDARD

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV10-03997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19,

1 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id*.

In determining whether any parties' neglect is excusable, courts of this circuit weigh four factors: "(1) the danger of prejudice to the non-moving party, (2) the length of delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the moving party's conduct was in good faith." *Pincay v. Andrews*, 389 F.3d 853, 855 (9th Cir. 2004); *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993).

## II. ARGUMENT

The parties request an extension of the deadline to respond to Plaintiff's Motion in Limine (ECF No. 67). This deadline passed on September 9, 2025. Based upon the foregoing, there is good cause and excusable neglect to extend this deadline by two (2) days, or until September 11, 2025.

On August 24, 2025, the State of Nevada's computer systems suffered a large-scale cyberattack. This attack resulted in all computer systems being taken offline, including the Office of the Attorney General's case management systems. Currently, these systems remain unavailable, and there is currently no set date when these systems will be fully restored. Counsel's previous draft of Defendants' opposition to ECF No. 67 remains unretrievable.

In the interest of avoiding further delay, Defendants' counsel has begun drafting an opposition with what few resources remain available to him. However, completion of that draft and filing of the opposition was further delayed by a systemwide password reset on September 9, 2025, which resulted in Defendants' counsel being locked out of his computer for the entirety of the workday. Plaintiff's counsel has kindly agreed to grant one additional extension until September 11, 2025. Given these circumstances, the parties maintain that

the late filing of this stipulation is the result of excusable neglect, and the parties respectfully request that this Court grant an extension for good cause showing.

### III. CONCLUSION

Based on the foregoing, good cause and excusable neglect exist to extend the opposition deadline. Defendants respectfully request that this Court extend the deadline to respond to ECF No. 67 until September 11, 2025.

DATED this 10th day of September, 2025.     DATED this 10th day of September, 2025.

AARON D. FORD
Attorney General

 /s/ Samuel L. Pezone, Jr.                             /s/ Taylor N. Jorgensen
Samuel L. Pezone, Jr. (Bar No. 15978)      Andre M. Lagomarsino (Bar No. 6711)
Deputy Attorney General                           Taylor N. Jorgensen (Bar No. 16259)
                                                                  3005 W. Horizon Ridge Pkwy., No. 241
*Attorneys for Defendants*                        Henderson, Nevada 89052
                                                                  (702) 383-2864 (phone)
                                                                  *Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**
**Dated: September 10, 2025.**

_____
**UNITED STATES MAGISTRATE JUDGE**