**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*
*Michael Leon Williams*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEON WILLIAMS, individually, | CASE NO.: 3:22-cv-00430-CLB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |
| AND ALL RELATED CLAIMS. | **(FIRST REQUEST)**<br>[ECF No. 79] |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Plaintiff to file his Opposition to Defendants Motion for Summary Judgement (ECF No. 75) in the above-captioned case fourteen (14) days, up to and including Wednesday, October 29, 2025.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. This request for extension is based upon the following:

Due to existing professional obligations, including multiple briefing deadlines, previously scheduled settlement conferences, and depositions in unrelated matters, counsel for Plaintiff requires additional time to prepare a thorough and complete opposition to Defendants' Motion for Summary Judgment. The parties agree that this extension is necessary to accommodate counsel's scheduling conflicts and ensure adequate time for the preparation of the opposition brief. The requested extension is made in good faith and not for the purpose of delay, and will not prejudice any party or affect other scheduled dates in this matter.

WHEREFORE, the parties respectfully request that this Court extend the time for Plaintiff to file his Opposition to Defendants Motion for Summary Judgement (ECF No. 75) in the above-

captioned case fourteen (14) days, up to and including Wednesday, October 29, 2025.

**IT IS SO STIPULATED AND AGREED.**

DATED this 25th day of September, 2025.   DATED this 25th day of September, 2025.

**LAGOMARSINO LAW**   **ATTORNEY GENERAL**

*/s/ Taylor N. Jorgensen*   */s/ Samuel L. Pezone Jr.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)   AARON FORD, Attorney General
TAYLOR N. JORGENSEN, ESQ. (#16259)   SAMUEL L. PEZONE JR. (#15978)
3005 W. Horizon Ridge Pkwy., #241   1 State of Nevada Way, Suite 100
Henderson, Nevada 89052   Las Vegas, Nevada 89119
Telephone: (702) 383-2864   Telephone: (702) 486-4070
*Attorneys for Plaintiff*   *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** September 25, 2025