**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MICHAEL LEON WILLIAMS,

Plaintiff,

v.

STATE OF NEVADA, *et al.*,

Defendants.

Case No. 3:22-CV-00430-CLB

**ORDER GRANTING PLAINTIFF'S MOTION REQUESTING A COPY OF HIS NOTICE OF APPEAL**

[ECF No. 97]

Currently pending before the Court is Plaintiff Michael Leon Williams' ("Williams") motion requesting the Court resend a copy of his notice of appeal to his updated address. (ECF No. 97.) In short, Williams' address was not updated to his current institution when he filed his notice of appeal, (ECF No. 94), and he did not receive a copy of it after it was docketed. (*See* ECF No. 97.) Since filing his notice of appeal Williams has updated his address to Lovelock Correctional Center, and he now asks the Court to resend a copy of his notice of appeal to the same. (ECF No. 97)

For good cause appearing, Williams' motion requesting a copy of his notice of appeal, (ECF No. 97), is **GRANTED**. The Clerk of Court is directed to **SEND** a copy of Williams' notice of appeal, (ECF No. 92), to his current address at **LOVELOCK CORRECTIONAL CENTER**. (*See* ECF No. 94.)

**IT IS SO ORDERED**

**DATED**: January 20, 2026

_____
**UNITED STATES MAGISTRATE JUDGE**